JANUARY 23, 2006

No. 04–1315. LONG ISLAND CARE AT HOME, LTD., ET AL. *v.* COKE. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Department of Labor's Wage and Hour Advisory Memorandum No. 2005–1 (Dec. 1, 2005).

No. 05M46. BUGENIG *v.* HOOPA VALLEY TRIBE ET AL. Motion for leave to file petition for writ of certiorari to the Hoopa Valley Tribal Court of Appeals denied.

No. 05M47. BLAIR *v.* CALIFORNIA; and

No. 05M48. ALLEN *v.* DISTRICT COURT OF OKLAHOMA, PITTS-BURG COUNTY. Motions for leave to proceed *in forma pauperis* without affidavits of indigency executed by petitioners granted.

No. 05M49. CO QUY DUONG *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION; and

No. 05M54. NEVILLE *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 134, Orig. NEW JERSEY *v.* DELAWARE. Motion of respondent for appointment of a Special Master granted, and it is ordered that Ralph I. Lancaster, Esq., of Portland, Me., be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings, to direct subsequent proceedings, to summon witnesses, to issue subpoenas, and to take such evidence as may be introduced and such as he may deem it necessary to call for. The Special Master is directed to submit Reports as he may deem appropriate.

The compensation of the Special Master, the allowances to him, the compensation paid to his legal, technical, stenographic, and clerical assistants, the cost of printing his Reports, and all other proper expenses, including travel expenses, shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct. [For earlier order herein, see, *e. g.*, *ante*, p. 1028.]